IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| JOSE CANTU and | ) Case No. 16 B 07729 |
| MARY L. CANTU | ) Hon. JACQUELINE P. COX |
|  | ) Chapter 7 |
| Debtors | ) |

**CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE, that I , Allan J. DeMars, trustee in bankruptcy, pursuant to Local Rule 2002-2, on September 26, 2016 mailed a copy of the Notice of Final Report (NFR) to the following or served through the court's Electronic Filing System:

Jose Cantu
Mary L. Cantu
22810 Wentworth Ave.
Steger, IL 60475

Tracey A. Johnson, attorney for the debtor
Mevorah Law Offices LLC
134 N. Bloomingdale
Bloomingdale, IL 60108

Discover Bank
PO Box 3025
New Albany, OH 43054-3025

American InfoSource LP agent
 for Capital One Bank USA
PO Box 71083
Charlotte, NC 28272-1083

Bass & Associates, PC
3936 E. Ft. Lowell Rd., Suite #200
Tucson, AZ 85712

Wells Fargo Card Services
1 Home Campus, 3rd Floor
Des Moines, IA 50328

Resurgent Capital Services

PO Box 19008
Greenville, SC 29602

   /s/ Allan J. DeMars
Trustee in Bankruptcy

Allan J. DeMars
Spiegel & DeMars
19 S. LaSalle St. - Suite 902
Chicago, IL 60603