# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: JOSE CANTU and MARY L. CANTU

Case No. 16-7729
Hon. JACQUELINE P. COX
Chapter 7

Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $61,422.01 | Assets Exempt: | $60,274.01 |
| Total Distributions to Claimants: | $8,649.64 | Claims Discharged Without Payment: | $121,537.02 |
| Total Expenses of Administration: | $3,850.36 | | |

3) Total gross receipts of $12,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $12,500.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $66,713.68 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $3,850.36 | $3,850.36 | $3,850.36 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $61,162.30 | $42,234.47 | $42,234.47 | $8,649.64 |
| **TOTAL DISBURSEMENTS** | $127,875.98 | $46,084.83 | $46,084.83 | $12,500.00 |

4) This case was originally filed under chapter 7 on 03/07/2016.
The case was pending for 8 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/22/2016                            By: /s/ ALLAN J. DeMARS
                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| right, title and interest in vehicles | 1129-000 | $12,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$12,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | NONE | | $0.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NONE FILED | Chase | 4110-000 | $66,713.68 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$66,713.68** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Associated Bank | 2600-000 | N/A | $75.99 | $75.99 | $75.99 |
| Allan J. DeMars | 2100-000 | N/A | $2,000.00 | $2,000.00 | $2,000.00 |
| Allan J. DeMars | 2200-000 | N/A | $16.87 | $16.87 | $16.87 |
| Allan J. DeMars | 3110-000 | N/A | $1,757.50 | $1,757.50 | $1,757.50 |
| | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $3,850.36 | $3,850.36 | $3,850.36 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NONE | | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discovrt Bank | 7100-900 | $4,597.98 | $4,947.53 | $4,947.53 | $1,013.26 |
| 3 | Capital One Bank USA | 7100-000 | $9,855.53 | $10,343.51 | $10,343.51 | $2,118.36 |
| 4 | Calvary SPVI, LLC | 7100-900 | $9,078.20 | $9,498.39 | $0.00 | $1,945.27 |
| 5 | Wells Fargo Bank NA | 7100-900 | $2,492.76 | $2,614.11 | $0.00 | $535.37 |
| 6 | PYOD LLC assignee of Citibank | 7100-900 | $13,899.32 | $14,830.93 | $14,830.93 | $3,037.38 |

UST Form 101-7-TDR (10/1/2010)

|  | 3 scheduled with no clalim filed | $21,238.51 | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | | $61,162.30 | $42,234.47 | $42,234.47 | $8,649.64 |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT "8"                              FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Case No. 16-07729

Case Name: JOSE CANTU and MARY L. CANTU

For Period Ending: 3/31/17

Trustee Name: Allan J. DeMars

Date Filed (f) or Converted (c): 3/7/16   (F)

§341(a) Meeting Date: 4/13/16

Claims Bar Date: 7/22/16; GOVT 9/6/16

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref # | | | | | | |
| 1 | residence 22810 S. Wentworth Steger, IL | 88,500.00 | 0.00 | | | FA |
| 2 | 2013 Honda CRV | 18,000.00 | 11,000.00 | | 11,000.00 | FA |
| 3 | 2003 Chevy Trail Blazer | 2,000.00 | 1,500.00 | | 1,500.00 | FA |
| 4 | furniture, clothing, electronics, jewelry | 1,250.00 | 0.00 | | | FA |
| 5 | Harris check acct 5151 | 2,845.04 | 0.00 | | | FA |
| 6 | Harris check acct 4447 | 4,126.97 | 0.00 | | | FA |
| 7 | IRA (u) | 13,487.28 | 0.00 | | | FA |
| 8 | Allis Chalmers pension | 3,986.73 | 0.00 | | | FA |
| 9 | Mutual of Omaha ins policy | 0.00 | 0.00 | | | FA |
| TOTALS (Excluding unknown values) | | | 12,500.00 | | 12,500.00 | |

(Total Dollar Amount in Column 6)

Major activities affecting case: sale of right, title and interest in motor vehicles back to debtors

Date of Final Report (TFR): 8/25/16

## FORM 2
### CASH RECEIPTS AND DISBURSEMENT RECORDS

Case No.: 16-7729  
Case Name: JOSE CANTU and MARY L. CANTU  
Taxpayer ID#: XX-XXX4528  
For Period Ending: 3/31/17  

Trustee's Name: Allan J. DeMars  
Bank Name: ASSOCIATED BANK  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable):  
Checking acct#: XXXXXXX371  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 6/2/16 | Ref 2,3 | from debtors | right, title and interest in 2013 Honda CRV ($11,000.00) AND 2003 Chevy Trail Blazer ($1,500.00) RECEIVED TWO CASHIER'S CHECKS $6,500 AND $6,000 | 1129-000 | 12,500.00 | | 12,500.00 |
| | | Associated Bank | check printing charge | 2600-000 | | 83.57 | 12,416.43 |
| 6/15/16 | | Associated Bank | partial reversal | 2600-000 | | (37.58) | 12,454.01 |
| 7/15/16 | | Associated Bank | service fee | 2600-000 | | 15.00 | 12,439.01 |
| 8/12/16 | | Associated Bank | service fee | 2600-000 | | 15.00 | 12,424.01 |
| 10/20/16 | Check 1001 | Allan J. DeMars | trustee's fees | 2100-000 | | 2,000.00 | 10,424.01 |
| 10/20/16 | Check 1002 | Allan J. DeMars | expenses | 2200-000 | | 16.87 | 10,407.14 |
| 10/20/16 | Check 1003 | Allan J. DeMars | attorney's fees | 3110-000 | | 1,757.50 | 8,649.64 |
| 10/20/16 | Check 1004 | Discover Bank | 726(a)(2); 20.48% | 7100-900 | | 1,013.26 | 7,636.38 |
| 10/20/16 | Check 1005 | Capital One Bank USA | 726(a)(2); 20.48% | 7100-000 | | 2,118.36 | 5,518.02 |
| 10/20/16 | Check 1006 | Calvary SPVI, LLC | 726(a)(2); 20.48% | 7100-900 | | 1,945.27 | 3,572.75 |
| 10/20/16 | Check 1007 | Wells Fargo Bank NA | 726(a)(2); 20.48% | 7100-900 | | 535.37 | 3,037.38 |

Document      Page 8 of 8

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Trans. Date** | **Check Ref. #** | **Paid to/ Received from** | **Description of Transaction** | **Uniform Transaction Code** | **Deposit $** | **Disbursement $** | **Checking Acct Balance** |
| 10/20/16 | Check 1008 | PYOD LLC assignee of Citibank | 726(a)(2); 20.48% | 7100-900 | | 3,037.38 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 12,500.00 | 12,500.00 | 0.00 |
| Less: Bank transfers/CD Subtotal | | | |
| Less: Payments to debtor(s) | | | |
| Net | 12,500.00 | 12,500.00 | 0.00 |

|  | NET DEPOSITS | NET DISBURSEMENTS | BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking# XXXXXXX371 | 12,500.00 | 12,500.00 | 0.00 |
| Savings # | | | |
| CD #CDI | | | |
| Net | 12,500.00 | 12,500.00 | 0.00 |
| | Excludes account transfers | Excludes payments to debtor | Total Funds on Hand |